AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00447-JMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>NBCUniversal Media, LLC</u> was received by me on *(date)* <u>Jan 18, 2019</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Tracy McFarland, Managing Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>NBCUniversal Media, LLC</u> on *(date)* <u>Tue, Jan 22 2019 at 2:30 p.m. at Enterprise Corporate Services LLC, Registered Agent, at 1201 N. Market St., Suite 1000, Wilmington, DE 19801</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>41.30</u>.

I declare under penalty of perjury that this information is true.

Date: January 23, 2019

*Server's signature*

McKenna Touey, Process Server

*Printed name and title*

Delaware Attorney Services

3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served:  Summons in a Civil Action; Complaint with Exhibits A & B; and Civil Cover Sheet