# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

May 1, 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Rice v. NBCUniversal Media, LLC (1:19-cv-447-JMF)*

Dear Judge Furman,

    We represent Plaintiff, John Curtis Rice, in the above in captioned case. We respectfully request that the initial conference scheduled for 3:45pm on May 2, 2019 to adjourned to 10:45am on May 2, 2019 as a conflict just arose. The Defendant consents to this adjournment in the time for the conference.

The Court's consideration is much appreciated.

                                      Respectfully Submitted,

                                      /s/Richard Liebowitz
                                      Richard Liebowitz

                                      *Counsel for Plaintiff John Curtis Rice*

