# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

May 16, 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Rice v. NBCUniversal Media, LLC,* 1:19-cv-00447 (JMF)

Dear Judge Furman:

    We represent Plaintiff J.C. Rice. We write to respectfully request leave of Court to file a reply to Defendant's responsive declaration [Dkt. # 27] concerning the Court's order to show cause [Dkt. #25]

                                                          Respectfully Submitted,

                                                          **/richardliebowitz/**
                                                          Richard Liebowitz

                                                          *Counsel for Plaintiff J.C. Rice*

