LLP

Mark Lerner, Esq.
Email: mlerner@ssbb.com
Direct Dial: (212) 404-8714

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

May 28, 2019

Honorable Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:     *John Curtis Rice v. NBCUniversal Media, LLC*, No. 19 Civ. 447 (JMF)

Dear Judge Furman:

Pursuant to the court's order dated May 24, 2019, we respectfully submit the enclosed contemporaneous time records.

We note that there is a minor discrepancy in the amount as compared to the submission in the declaration of the undersigned dated May 16, amounting to $68 or 0.1 hour of attorney time that has been removed from the time entry records.

Respectfully submitted,

*/s/*Mark Lerner_____

Mark Lerner

cc: Richard Liebowitz, Esq. (by email and ECF)

# Satterlee Stephens LLP
### COUNSELLORS AT LAW

230 Park Avenue, Suite 1130
New York, NY 10169
TEL (212) 818-9200
FAX (212) 818-9606

Tax ID: 13-1810943

---

Billing through: May 16, 2019

NBCUniversal Media, LLC

| | | | Hrs. |
|---|---|---|---|
| 03/08/2019 | MAL | (NBCUNI/Rice) Telephone conference with A. Jacobs; confer wtih A. David regarding next steps. . | 0.30 |
| 03/11/2019 | ALD | (Rice) Draft the Notices of Appearance for Alanna Newman and Mark Lerner and Draft the Rule 7.1 Corporate Disclosure Statement. | 0.60 |
| 03/11/2019 | ABN | [Rice] Reviewed complaint and related client correspondence; reviewed Judge Furman individual rules and practices; drafted letter motion to extend time to respond to Complaint and discussed with M. Lerner; reviewed draft 7.1 Corporate Disclosure Statement; coordinated filing notices of appearance, 7.1 Statement, and letter motion for extension; sent courtesy copy of letter motion to plaintiff's counsel. | 2.10 |
| 03/13/2019 | MAL | (Rice) Review correspondence from A. Jacobs; call with A. Jacobs regarding Rice case; review docket; instruct A. David on docketing. | 0.30 |
| 03/14/2019 | MAL | (Rice) Receipt and review of correspondence from A. Jacobs with proof of payment; call to R. Liebowitz. | 0.10 |
| 03/18/2019 | MAL | (Rice) Telephone conference with R. Liebowitz. | 0.10 |
| 03/20/2019 | ABN | [Rice] reviewed Polaris decision and related correspondence with client; research re evidentiary question in connection with summary judgment motion versus motion to dismiss and introduction of external evidence; discussed with M. Lerner. | 2.70 |
| 03/26/2019 | MAL | (Rice) Draft email to R. Liebowitz regarding dismissal; confer with A. Newman regarding answer. | 0.10 |

| 03/29/2019 | MAL | (Rice) Receipt and review of correspondence from mediation office; follow-up with R. Liebowitz regarding settlement or mediation date; Draft email to A. Jacobs; review and revise draft answer. | 0.60 |
|---|---|---|---|
| 03/29/2019 | ABN | (Rice) Drafted answer for Rice v. NBC and discussed with M. Lerner; reviewed related email correspondence with client and Southern District of NY mediation office. | 1.30 |
| 04/01/2019 | MAL | (Rice) Finalize answer in Rice. | 0.10 |
| 04/01/2019 | ABN | (Rice) Finalized draft answer in Rice v. NBC; related correspondence with M. Lerner; reviewed docket entry by mediation office in Rice v. NBC. | 0.70 |
| 04/02/2019 | ALD | (Rice) Update the docketing database with the Final Report of Mediator. | 0.10 |
| 04/02/2019 | MAL | (Rice) Attention to answer. | 0.10 |
| 04/02/2019 | ABN | (Rice) Coordinated filing of Rice answer. | 0.10 |
| 04/03/2019 | ALD | (Rice) Update the docketing database with the Answer to the Complaint. | 0.10 |
| 04/16/2019 | ALD | (Rice) Update the information within the docketing database with the Order Regarding Early Mediation and the Initial Pretrial Conference and accurately enter all deadlines. | 0.20 |
| 04/24/2019 | PSC | (Rice) Preparing pretrial conference letter and case management plan; circulating to client and plaintiff's counsel. | 2.20 |
| 04/24/2019 | MAL | (Rice) correspond with P. Chen regarding letter to judge in advance of preliminary conference; Review and revise draft letter and scheduling order; correspond with R. Liebowitz in response to purported day rate for plaintiff. . | 0.40 |
| 04/25/2019 | PSC | (Rice) Editing; finalizing and filing joint letter and case management plan. | 1.10 |
| 04/25/2019 | PSC | (Rice) Call with client re: possible Rule 11 motion. | 0.50 |
| 04/25/2019 | PSC | (Rice) Drafting letter to plaintiff re: amendment of complaint and license. . | 1.00 |
| 04/25/2019 | ALD | (Rice) File the Joint Pretrial Conference Letter and Propsed case managment with court. | 0.30 |
| 04/25/2019 | MAL | (Rice) correspond with P. Chen; finalize letter to judge; review and revise letter to Liebowitz. | 0.30 |
| 04/26/2019 | PSC | (Rice) Editing and serving letter to plaintiff re: license and amendment of complaint. | 0.40 |
| 04/26/2019 | MAL | (Rice) Review and revise letter to Liebowitz regarding possible Rule 11. | 0.10 |
| 04/29/2019 | MAL | (Rice) Receipt and review of correspondence from R. Liebowitz; correspond with client regarding new settlement demand and next steps. . | 0.10 |
| 04/30/2019 | PSC | (Rice) discussion with M. Lerner re: case status. | 0.30 |

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 04/30/2019 | MAL | (Rice) Telephone conference with A. Jacobs; confer wtih P. Chen regarding next steps on possible Rule 11 motion; follow-up call with A. Jacobs. . | 0.60 |
| 04/30/2019 | MAL | (Rice) Lengthy telephone conference with R. Liebowitz regarding settlement. | 0.40 |
| 05/01/2019 | PSC | (Rice) Legal research on default term for copyright licenses. . | 0.50 |
| 05/01/2019 | MAL | (Rice) Correspond with R. Liebowitz regarding settlement and conference scheduling; correspond with Liebowitz regarding stipulation of dismissal. | 0.20 |
| 05/01/2019 | MAL | (Rice) Correspond with A. Jacobs regarding contemporaneous emails regarding license. | 0.10 |
| 05/01/2019 | MAL | (Rice) Prepare for preliminary conference. | 0.70 |
| 05/02/2019 | MAL | (Rice) Review submissions to court cancelling preliminary conference. | 0.10 |
| 05/02/2019 | MAL | (Rice) Review court order denying request to cancel conference. | 0.10 |
| 05/02/2019 | MAL | (Rice) Travel to and appear at court conference. | 1.50 |
| 05/02/2019 | MAL | (Rice) Telephone conference with A. Jacobs regarding outcome of conference and next steps. | 0.20 |
| 05/02/2019 | MAL | (Rice) Review Order to Show cause issued by Judge Furman. . | 0.10 |
| 05/10/2019 | MAL | (Rice) Review Liebowitz declaration in response to order to show cause. . | 0.20 |
| 05/13/2019 | PSC | (Rice) Reviewing plaintiff's declaration in opposition to order to show cause why sanctions should be not be imposed; reviewng law on issues raised. | 1.20 |
| 05/13/2019 | MAL | (Rice) Research and review recent case law on sanctions and cases cited by plaintiff in reponse to order to show cause. . | 0.80 |
| 05/13/2019 | MAL | (Rice) Telephone conference with A. Jacobs regarding response to order to show cause. | 0.20 |
| 05/13/2019 | MAL | (Rice) Begin drafting declaration in response to R. Liebowitz submission on Order to Show Cause as to sanctions. | 0.90 |
| 05/14/2019 | PSC | (Rice) Revising declaration in support of order to show cause; reviewing law on issues. | 1.70 |
| 05/14/2019 | MAL | (Rice) Review and revise draft declaration in response to order to show cause. | 0.30 |
| 05/15/2019 | MAL | (Rice) Confer with accounting regarding billing records. | 0.10 |
| 05/16/2019 | MAL | (Rice) Finalize declaration in response to order to show cause based on client input. | 0.20 |
| 05/16/2019 | MAL | (Rice) Review, revise and finalize declaration in response to order to show cause. | 0.70 |

| Name | Init | Rate | Hours | Amount |
|------|------|------|-------|--------|
| Alanna B. Newman | ABN | 390.00 /hr | 6.90 hours | $2,691.00 |
| Alyssa L. David | ALD | 180.00 /hr | 1.30 hours | $234.00 |
| Mark A. Lerner | MAL | 570.00 /hr | 10.00 hours | $5,700.00 |
| Peggy S. Chen | PSC | 445.00 /hr | 8.90 hours | $3,960.50 |
| | | Total fees for this matter | 27.10 hours | $12,585.50 |