UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURTIS RICE, <br><br> Plaintiff, <br><br> - against - <br><br> NBCUNIVERSAL MEDIA, LLC <br><br> Defendant. | Case No. 19-cv-00447 (JMF) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof and exhibits attached thereto; and the pleadings and prior proceedings herein; Plaintiff will move the Court, before the Honorable Jesse M. Furman (U.S.D.J.) at the United States District Court, 40 Foley Square, New York, New York 10007, at a time set by the Court for an Order VACATING the Court's Order, dated July 10, 2019 pursuant to Local Rule 6.3 and Rule 60(b)(1) of the Federal Rules of Civil Procedure on grounds that Defendant NBCUniversal Media, LLC voluntarily and expressly waived any right to recover attorneys' fees in this action by a duly executed Stipulation and Order [Dkt. #23].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order [Dkt. # 38], Defendant's opposition papers, if any, must be served by August 1, 2019.

Dated: Valley Stream, New York
July 25, 2019

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

**By: /Richard Liebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 111580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorney for Plaintiff*

**TO:**

Mark Alan Lerner
Satterlee Stephens LLP
230 Park Avenue Suite 1130
New York, NY 10169
212-818-9200
Fax: 212-818-9606
mlerner@ssbb.com

*Counsel for Defendant*