# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

August 1, 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Rice v. NBCUniversal Media, LLC, 1:19-cv-00447 (JMF)

Dear Judge Furman:

    We represent Plaintiff J.C. Rice in the above-captioned case. We respectfully request leave of Court to file a reply brief of no more than three pages in further support of our motion for reconsideration/reargument.

Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff J.C. Rice*

